UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JASON SCOTT HUNTER, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO.   CR06-296 JCC <br><br> DETENTION ORDER |

Offenses charged:

    Conspiracy to Import Marijuana, in violation of Title 21, U.S.C., Sections 952(a), 960(a)(1)(b)(1)(G) and 963;

    Money Laundering, in violation of Title 18, U.S.C., Sections 1957 and 2.

Date of Detention Hearing: September 15, 2006

    The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Susan Roe. The defendant was represented by William Hines.

DETENTION ORDER
PAGE -1-

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) There is probable cause to believe the defendant committed the drug offense. The maximum penalty is in excess of ten years. There is therefore a rebuttable presumption against the defendant's release based upon both dangerousness and flight risk, under Title 18 U.S.C. § 3142(e).

(2) The instant offense involved 1,000 kilograms or more of a substance containing marijuana. DEA surveillance places defendant at a warehouse used for drug delivery. Defendant is therefore viewed as a risk of danger to the community.

(3) A warrant search of his Washington residence found $580,000.00 in cash of which defendant denied having any knowledge.

(4) Defendant is viewed as a flight risk. He is a Canadian citizen with no legal ties to the United States or the Western District of Washington.

Based upon the foregoing information which is consistent with the recommendation of U.S. Pre-trial Services, it appears that there is no condition or combination of conditions that would reasonably assure future Court appearances and/or the safety of other persons or the community.

**It is therefore ORDERED**:

(l) The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for

the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 18th day of September, 2006.

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-